EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | TRIAL DATE AND EXCLUDING |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL |
| | ) | ACT |
| GARY MATSUO,      (01) | ) | |
| BARBARA CORNELIUS  (02) | ) | OLD TRIAL DATE:  July 18, 2006 |
| AUDREY PULGADOS   (03) | ) | NEW TRIAL DATE:  September 26, |
| MARK ISHII        (05) | ) |                  2006 |
| DEREK AHSUI       (07) | ) | |

STIPULATION AND ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and the Defendants, Gary
Matsuo, Barbara Cornelius, Audrey Pulgados, Mark Ishii and Derek
Ahsui, through their respective attorneys, hereby agree and
stipulate to continue the trial in this case and to exclude the
time period from July 18, 2006 and the new trial date of
September 26, 2006, from computation under the Speedy Trial Act.

The reason for the continuance is to allow for further preparation of the case by counsel for Defendants.

The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and that the failure to grant continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further agree that the period of time from July 18, 2006, to and including September 26, 2006, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

DATED _____July 14_____, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Chris A. Thomas___
    CHRIS A. THOMAS
    Assistant U.S. Attorney


 /s/ Glenn D. Choy_____
GLENN D. CHOY, ESQ.
Attorney for Defendant
  GARY MATSUO


 /s/ Jack F. Schweigert___
JACK F. SCHWEIGERT, ESQ.
Attorney for Defendant
  BARBARA CORNELIUS

  /s/ Daniel T. Pagliarini
DANIEL T. PAGLIARINI, ESQ.
Attorney for Defendant
  AUDREY PULGADOS


  /s/ Stuart N. Fujioka
STUART N. FUJIOKA, ESQ.
Attorney for Defendant
  MARK ISHII


  /s/ Lane Y. Takahashi
LANE Y. TAKAHASHI, ESQ.
Attorney for Defendant
  DEREK AHSUI

IT IS SO APPROVED AND SO ORDERED:



Kevin S.C. Chang
United States Magistrate Judge

DATED:  Honolulu, Hawaii, July 17, 2006.




U.S.A. v. Matsuo, et al.
Cr. No. 05-00325 HG
"Stipulation and Order Continuing Trial Date and Excluding Time
Under the Speedy Trial Act"