FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

LODGED

SEP 29 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

ORIGINAL

& FUJIOKA
Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for Defendant [05]
Mark Ishii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 05-0325 HG |
| --- | --- |
| v. | |
| Gary Matsuo, [01]<br>Barbara Cornelius, [02]<br>aka "Barbara Davis,"<br>and "Aunty"<br>Audrey Pulgados, [03]<br>Bryant Spencer, [04]<br>Mark Ishii, [05]<br>Nelson Kiyota, and [06]<br>Derek Ahsui, [07]<br>defendants. | STIPULATION ALLOWING DEFENDANT MARK ISHII [05] TO TRAVEL FROM HAWAII TO CALIFORNIA FROM 10/4/06 TO 10/10/06 |

STIPULATION ALLOWING DEFENDANT MARK ISHII [05] TO TRAVEL FROM HAWAII TO CALIFORNIA FROM 10/4/06 TO 10/10/06

It is hereby stipulated, between the parties through undersigned counsel and with the concurrence of the Office of Pretrial Services, as follows. Defendant MARK ISHII [05] will travel from Hawaii to California as follows.

Defendant will leave Honolulu on 10/4/06 on Aloha Airlines Flight 482 at 12:43 p.m., to arrive in Orange County, CA on 9:10

p.m.

He will drive with Messrs. Keoki Kaahili and Lon Teshima to Las Vegas that night and stay at the Orleans Hotel, 4500 W. Tropicana Av. Las Vegas, NV 89103, ph. 702-365-7111 from 10/4/06 to 10/8/06.

On 10/8/06, defendant will be driving to San Diego, Calif. where he will stay at Big 7 Motel, 333 Broadway Chula Vista, CA 91910, ph. 619-422-9278 until 10/10/06.

On 10/10/06, defendant will go back to Orange County for his return on Aloha Airlines flight 481, leaving at 9:10 a.m. and arriving in Honolulu 12:15 p.m.. Special rate airline tickets will be issued shortly before travel. Defendant is in compliance with his release conditions.

Dated: Honolulu, Hawaii, OCT 0 2 2006 .

So Stipulated:

_____
Chris Thomas
Assistant United States Attorney
for the United States

_____
Carolyn Hall
Office of Pretrial Services

_____
Stuart N. Fujioka for
defendant    c:\Doc\Fedcrim\2005\Ishii\travelstip.001.wpd

IT IS SO ORDERED:

_____
U.S. Magistrate Judge