# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 11, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR-05-00325HG-005

CASE NAME:       UNITED STATES OF AMERICA v. (05) MARK ISHII

JUDGE:   Helen Gillmor          REPORTER:

DATE:    January 11, 2007       TIME:

COURT ACTION:          **MINUTE ORDER**

At a hearing on January 11, 2007 in CR 06-00493HG, AUSA Chris A. Thomas made an oral motion to dismiss counts 1 and 10 of the Indictment in CR-05-00325HG-005. The motion is GRANTED by the Court. The government shall prepare an order.

Submitted by: Mary Rose Feria, Courtroom Manager