EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00325 HG |
| Plaintiff, ) | ORDER FOR DISMISSAL |
| vs. ) | |
| MARK ISHII,    (05) ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant MARK ISHII ("Defendant Ishii") on the grounds that Defendant Ishii was charged and sentenced in an Information, Cr. No. 06-00493 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Ishii in the Indictment for Cr. No. 05-00325 HG after sentencing.

Defendant Ishii was sentenced on January 11, 2007.

DATED:  Honolulu, Hawaii, ___January 26, 2007___.

                        EDWARD H. KUBO, JR.
                        UNITED STATES ATTORNEY
                        District of Hawaii


By /s/ Florence Nakakuni (for)
   CHRIS A. THOMAS
   Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

DATED:  Honolulu, Hawaii, February 1, 2007.



                    /S/ Helen Gillmor
               Helen Gillmor
               Chief United States District Judge


United States v. Mark Ishii
Cr. No. 05-00325-05 HG
"Order for Dismissal"