```
EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK ISHII,         (05) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order for Dismissal was signed on January 26, 2007 and filed on February 1, 2007.

Served by First Class Mail on February 1, 2007:

```
STUART N. FUJIOKA, ESQ.
841 Bishop Street, Suite 224
Honolulu, Hawaii 96813

Attorney for Defendant
MARK ISHII
```

DATED: Honolulu, Hawaii, <u>     February 1, 2007     </u>.

                                          <u>/s/ Janice Tsumoto          </u>

<u>U.S. v. Mark Ishii</u>
Cr. No. 05-00325 HG
Certificate of Service